IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY VERNON KASHNER | : | CIVIL ACTION |
| v. | : | |
| SUP'T JOHN KERESTES, et al. | : | NO. 15-2858 |

FILED
JAN 22 2016
MICHAEL E. KUNZ, Clerk

## ORDER

AND NOW, this 21st day of January, 2015, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

\* COPY MAILED TO PRO SE PLAINTIFF ON 01.22.16